**Fill in this information to identify the case:**

Debtor name **Lonestar Dream, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **26-18327-EJO**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 4, 2026**

*X* **/s/ Michael DuFrayne**
Signature of individual signing on behalf of debtor

**Michael DuFrayne**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Lonestar Dream, Inc.

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18327-EJO

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..... $ 6,710,237.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..... $ 6,710,237.36

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..... $ 210,593.86

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..... $ 9,766.57

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..... + $ 82,336,886.37

4. **Total liabilities** ..... $ 82,557,246.80
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Lonestar Dream, Inc.

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18327-EJO

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☒ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | $0.00 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Bank accounts — see continuation | | 7 1 4 9 | $3,146,180.11 |
| 3.2. | | | $ |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. Coinbase | | | $0.00 |
| 4.2. | | | $ |
| 5. **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $3,146,180.11 |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. Security deposits and Archer Escrow — see continuation | $2,382,431.35 |
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid expenses — see continuation $ 1,148,070.23

8.2. $

9. **Total of Part 2.** $ 3,530,501.58

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____ face amount – ____ doubtful or uncollectible accounts = ........➔ $

11b. Over 90 days old: ____ face amount – ____ doubtful or uncollectible accounts = ........➔ $

12. **Total of Part 3** $ 0.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1. Lonestar Taproot LLC — 100 % | Adjusted net asset value; no appraisal | $ 0.00 |
| 15.2. ____ % | | $ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4** $ 0.00

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 20. | **Work in progress** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 22. | **Other inventory or supplies** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |

23. **Total of Part 5** $0.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | ______ | $______ | ______ | $______ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | ______ | $______ | ______ | $______ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | ______ | $______ | ______ | $______ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | ______ | $______ | ______ | $______ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | ______ | $______ | ______ | $______ |

33. **Total of Part 6.** $0.00

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes. Book value $______________ Valuation method __________________ Current value $______________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture — see continuation | $4,072.04 | Net book value | $4,072.04 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer/network equipment — see continuation | $12,594.68 | Net book value | $12,594.68 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.** $16,666.72

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2018 Toyota Tacoma | $3,235.20 | Net book value | $3,235.20 |
| 47.2 2015 Chevrolet Silverado 1500 | $8,501.61 | Net book value | $8,501.61 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Tools/machinery | $0.00 | Net book value | $0.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $11,736.81

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- [x] No. Go to Part 10.
- [ ] Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [x] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [ ] No. Go to Part 11.
- [x] Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** U.S. Patent 12,432,876 B2 (App. 18/456,173), Containerized Immersion Cooling System | $0.00 | None | $0.00 |
| 61. **Internet domain names and websites** lonestardream.us website, domain, and related rights | $0.00 | None | $0.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** Customer, contact, and hosting account records, including PII | $0.00 | None | $0.00 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.** $0.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ Total face amount – _____ doubtful or uncollectible amount = → $_____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year | Current value |
|---|---|---|
| Federal NOL carryforwards, 2021-2024; gross $54,402,482 | Tax year 2021-2024 | $ 0.00 |
| | Tax year | $ |
| | Tax year | $ |

73. **Interests in insurance policies or annuities**

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Priority Power Management $ 0.00

**Nature of claim** Title Claim

**Amount requested** $ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$_____

**Nature of claim** _____

**Amount requested** $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

7/9/26 sale of one LQJZ-700 dry cooler under contract SCCS20260709 for RMB 35,000; collected 7/29/26. $ 5,152.14

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $ 5,152.14

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3,146,180.11 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,530,501.58 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 16,666.72 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 11,736.81 | | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . ➔ | | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 5,152.14 | | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . 91a. | $ 6,710,237.36 | + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . $ 6,710,237.36

# OFFICIAL FORM 206A/B - CONTINUATION SHEET

**Schedule A/B: Assets - Real and Personal Property**

Lonestar Dream, Inc. Case 26-18327-EJO

Continuation 1 of 2

| Line | Description | Valuation basis | Current value |
|---|---|---|---|
| 3 | PNC 7149 - debtor-owned cash, including $271,253.87 deposit in transit* | Books and records | $ 3,146,180.11 |
| 7 | Archer & Greiner trust account, including DBR Hosting royalty and TNMP Pyote amounts | Books and records | $ 501,776.22 |
| 7 | FlowX security deposit | Books and records | $ 1,873,921.61 |
| 7 | Greystone security deposit | Books and records | $ 5,533.56 |
| 7 | Regus security deposit | Books and records | $ 1,199.96 |
| 8 | Ni, Wang & Massand, PLLC (Texas) | Books and records | $ 30,000.00 |
| 8 | Archer & Greiner, P.C. | Books and records | $ 590,972.55 |
| 8 | Verita Global LLC | Books and records | $ 30,000.00 |
| 8 | DuFrayne, LLC | Books and records | $ 15,000.00 |
| 8 | Oon & Bazul LLP | Books and records | $ 38,611.30 |
| 8 | Law Offices of Jiali Pan & Associates | Books and records | $ 12,000.00 |
| 8 | McGovern Weems LLC | Books and records | $ 6,431.38 |
| 8 | Scott, Douglass & McConnico, LLP | Books and records | $ 1,195.28 |
| 8 | Morrow Ni LLP (from Nextpoint Law Group) | Books and records | $ 70,273.25 |
| 8 | McCarn, Weir & Sherwood, P.C. | Books and records | $ 10,000.00 |

**The $271,253.87 included in the cash balance is Poolin Technology Pte. Ltd.'s deposit in transit.*

# OFFICIAL FORM 206A/B - CONTINUATION SHEET

**Schedule A/B: Assets - Real and Personal Property**

Lonestar Dream, Inc.

Case 26-18327-EJO

Continuation 2 of 2

| Line | Description | Valuation basis | Current value |
|---|---|---|---|
| 8 | Riverside dba Greystone Mopac Estates | Books and records | $ 5,279.62 |
| 8 | Perun Consultants (Singapore) Pte. Ltd. | Books and records | $ 2,356.41 |
| 8 | Regus | Books and records | $ 603.87 |
| 8 | Texas Mutual Insurance | Books and records | $ 604.30 |
| 8 | Property insurance | Books and records | $ 309,777.67 |
| 8 | UnitedHealthcare - August 2026 | Books and records | $ 10,258.58 |
| 8 | SWBC general liability and umbrella insurance | Books and records | $ 14,706.02 |
| 39 | Office furniture - 18 tables and 26 chairs | Net book value | $ 4,072.04 |
| 41 | Computer and network equipment | Net book value | $ 12,594.68 |
| 47 | 2018 Toyota Tacoma; VIN unavailable in records reviewed; Pyote | Net book value | $ 3,235.20 |
| 47 | 2015 Chevrolet Silverado 1500; VIN 3GCPCREC0FG222815; Tarbush | Net book value | $ 8,501.61 |
| 77 | 7/9/26 sale of one LQJZ-700 dry cooler under contract SCCS20260709 for RMB 35,000; collected 7/29/26. | Books & records; subsequent collection | $ 5,152.14 |

**Fill in this information to identify the case:**

Debtor name Lonestar Dream, Inc.

United States Bankruptcy Court for the: District of New Jersey District of New Jersey (State)

Case number (If known): 26-18327-EJO

❑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Ameris Bank

**Describe debtor's property that is subject to a lien**
Property Insurance Policies and unearned / return premiums

Column A: $ 210,593.86
Column B: $ 309,777.67

**Creditor's mailing address**
c/o Capital Premium Financing, LLC
P.O. Box 667180
Dallas, TX 75266-7180

**Describe the lien**
Security interest / assignment in policies and unearned/return premiums

**Creditor's email address, if known**
info@capitalpremium.net

**Is the creditor an insider or related party?**
- ☒ No
- ❑ Yes

**Date debt was incurred** 04/10/2026

**Last 4 digits of account number** 5757

**Is anyone else liable on this claim?**
- ☒ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**2.2 Creditor's name**

**Describe debtor's property that is subject to a lien**

$ $

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ❑ No
- ❑ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ❑ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ❑ No
- ❑ Yes. Have you already specified the relative priority?
  - ❑ No. Specify each creditor, including this creditor, and its relative priority.
  - ❑ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 210,593.86

**Fill in this information to identify the case:**

Debtor: Lonestar Dream, Inc.

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18327-EJO

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1 Priority creditor's name and mailing address** Chiu, Pei-Hsuan, 11307 Boothill Drive, Austin, TX 78748 | $ 426.92 | $ 426.92 |
| **2.2 Priority creditor's name and mailing address** Lopez, Miguel A., 410 N. Plaza, Big Lake, TX 76932 | $ 1,227.00 | $ 1,227.00 |
| **2.3 Priority creditor's name and mailing address** Morales Iracheta, Esteban S., 308 S McElroy St, Crane, TX 79731 | $ 553.84 | $ 553.84 |

**2.1 Priority creditor's name and mailing address**
Chiu, Pei-Hsuan
11307 Boothill Drive
Austin, TX 78748

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred:** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2 Priority creditor's name and mailing address**
Lopez, Miguel A.
410 N. Plaza
Big Lake, TX 76932

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred:** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3 Priority creditor's name and mailing address**
Morales Iracheta, Esteban S.
308 S McElroy St
Crane, TX 79731

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred:** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Part 1.** Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**

Pan, Zhibiao
3000 Kramer Lane, #1144
Austin, TX 78758

Total claim: $ 2,971.16 — Priority amount: $ 2,971.16

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.5 Priority creditor's name and mailing address**

Rodriguez, Stephanie
321 Lily Pond Trail
San Marcos, TX 78666

Total claim: $ 822.46 — Priority amount: $ 822.46

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.6 Priority creditor's name and mailing address**

Salazar, Araceli
330 Pond View Pass
Buda, TX 78610-3613

Total claim: $ 810.23 — Priority amount: $ 810.23

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.7 Priority creditor's name and mailing address**

Siller, Ryan
11901 Hobby Horse Court, Apt. 1625
Austin, TX 78758

Total claim: $ 807.69 — Priority amount: $ 807.69

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Part 1.** Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8 Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

Total claim: $91.11 Priority amount: $91.11

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** Through 07/22/2026

**Basis for the claim:** Prepetition sales tax payable

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.9 Priority creditor's name and mailing address**

Zhang, Ruohan
3000 Kramer Lane
Austin, TX 78758

Total claim: $2,056.16 Priority amount: $2,056.16

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** 07/19/2026-07/22/2026

**Basis for the claim:** Wages earned 07/19/26-07/22/26

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2._ Priority creditor's name and mailing address**

$_______ $_______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** _______

**Basis for the claim:** _______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2._ Priority creditor's name and mailing address**

$_______ $_______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** _______

**Basis for the claim:** _______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**

Lonestar Taproot LLC
3415 Greystone Dr., Suite 205
Austin, TX 78731

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 485,908.83

**Basis for the claim:** Intercompany payable (affiliate)

**Date or dates debt was incurred** Through 07/22/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**

McCarn, Weir & Sherwood, P.C.
905 S. Fillmore Street, Suite 530
Amarillo, TX 79101

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,725.00

**Basis for the claim:** Legal services - mineral ownership

**Date or dates debt was incurred** 07/20/2026-07/21/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**

Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,700.00

**Basis for the claim:** Legal services - Saturn Data matter

**Date or dates debt was incurred** 07/16/2026-07/21/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

Poolin Technology PTE. LTD
2564 US Highway 1, Unit 107
PMB #168841116, Lawrence, NJ 08648

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 81,843,552.54

**Basis for the claim:** Intercompany payable (affiliate)

**Date or dates debt was incurred** Through 07/22/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ ______

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ ______

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 9,766.57 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 82,336,886.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 82,346,652.94 |

**Fill in this information to identify the case:**

Debtor name Lonestar Dream, Inc.

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18327-EJO Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Agreement for Office #107 | Regus Management Group, LLC<br>2564 US Highway 1, Lawrence, NJ 08648 |
| | State the term remaining | February 28, 2027; subject to automatic renewal | |
| | List the contract number of any government contract | N/A | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Electricity Supply Agreement - electricity supply services | FlowX, LLC<br>3415 Greystone Dr., Ste. 205, Austin, TX 78731 |
| | State the term remaining | May 23, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Level Funded Billing and Collection Agreement - employee health plan | United HealthCare Services, Inc.<br>P.O. Box 959782, St. Louis, MO 63195-9782 |
| | State the term remaining | Recurring until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Payroll processing and payroll tax filing services - client | BambooHR Payroll LLC<br>Legal, 335 South 560 West, Lindon, UT 84042-1911 |
| | State the term remaining | Ongoing until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Group Short-Term and Long-Term Disability Insurance - policyholder | Unum Life Insurance Company of America<br>2211 Congress Street, Portland, ME 04122 |
| | State the term remaining | Ongoing until terminated | |
| | List the contract number of any government contract | N/A | |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Workers' Compensation and Employers Liability Insurance - policyholder | Texas Mutual Insurance Company<br>P.O. Box 12058, Austin, TX 78711-2058 |
| | State the term remaining | March 7, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Auto Insurance - named insured | Progressive County Mutual Insurance Company<br>P.O. Box 94739, Cleveland, OH 44101 |
| | State the term remaining | March 20, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Primary Commercial Property Insurance - insured | Navigators Specialty Insurance Company<br>Galleria North Tower One, 13737 Noel Road, 10th Floor, Dallas, TX 75240 |
| | State the term remaining | April 15, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Dedicated Internet Access Services - customer | FiberLight, LLC<br>3000 Summit Place, Suite 200, Alpharetta, GA 30009 |
| | State the term remaining | February 29, 2028 | |
| | List the contract number of any government contract | N/A | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Commercial General Liability Insurance - insured | Kinsale Insurance Company<br>2025 Staples Mill Rd., Richmond, VA 23230 |
| | State the term remaining | March 7, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Group Life and Accidental Death & Dismemberment Insurance - policyholder | Unum Life Insurance Company of America<br>2211 Congress Street, Portland, ME 04122 |
| | State the term remaining | Ongoing until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Umbrella/Excess Liability Insurance - insured | Kinsale Insurance Company<br>2025 Staples Mill Rd., Richmond, VA 23230 |
| | State the term remaining | March 7, 2027 | |
| | List the contract number of any government contract | N/A | |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Surveillance and Security Monitoring Services - customer | LiveView Technologies, Inc.<br>802 E 1050 S, American Fork, UT 84003 |
| | State the term remaining | Active at petition date; expired postpetition August 4, 2026 | |
| | List the contract number of any government contract | N/A | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Electric Service and Cooperative Membership Agreement - customer/member | Rio Grande Electric Cooperative, Inc.<br>P.O. Box 1509, Brackettville, TX 78832 |
| | State the term remaining | August 28, 2026; cancellation/refund status under review | |
| | List the contract number of any government contract | N/A | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Agreement for Suite #205 - lessee | Greystone MoPac Estates, Ltd.<br>7200 North Mopac, Ste. 400, Austin, TX 78731 |
| | State the term remaining | November 30, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Option Assignment Agreement, as amended - client/beneficiary | Manning Minerals, LLC<br>5701 Times Square, Amarillo, TX 79119 |
| | State the term remaining | Ongoing until completion or termination of contemplated transaction | |
| | List the contract number of any government contract | N/A | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Lonestar Dream, Inc.

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18327-EJO

❑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Poolin Technology PTE. LTD | 2564 US Highway 1 (Street)<br>PMB #16884116<br>Lawrence (City) NJ (State) 08648 (ZIP Code) | Regus Management Group, LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.2 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name Lonestar Dream, Inc.

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18327-EJO

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 (MM / DD / YYYY) | to Filing date | ☒ Operating a business<br>☒ Other Equipment sales | $ 11,958,475.04 |
| **For prior year:** | From 01/01/2025 (MM / DD / YYYY) | to 12/31/2025 (MM / DD / YYYY) | ☒ Operating a business<br>☒ Other Equipment sales | $ 25,888,633.97 |
| **For the year before that:** | From 01/01/2024 (MM / DD / YYYY) | to 12/31/2024 (MM / DD / YYYY) | ☒ Operating a business<br>☒ Other Equipment sales | $ 11,577,190.11 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 (MM / DD / YYYY) | to Filing date | Card rewards, USDT fees & misc. | $ 7,346.12 |
| **For prior year:** | From 01/01/2025 (MM / DD / YYYY) | to 12/31/2025 (MM / DD / YYYY) | Interest and misc. income | $ 54,891.28 |
| **For the year before that:** | From 01/01/2024 (MM / DD / YYYY) | to 12/31/2024 (MM / DD / YYYY) | Interest and misc. income | $ 22,946.75 |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Attachment Q3 (Creditor's name); Street; City, State, ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. Creditor's name; Street; City, State, ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Insider's name; Street; City, State, ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. Insider's name; Street; City, State, ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name; Street; City State ZIP Code | | | $ |
| 5.2. Creditor's name; Street; City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| See Attachment Q6<br>Creditor's name; Street; City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment Q7<br>Case number | | Name; Street; City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>Case number | | Court or agency's name and address<br>Name; Street; City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | | $ |
| | **Case title** | **Court name and address** |
| | | Name<br>Street<br>City State ZIP Code |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attachment Q11<br>Address<br>Street<br>City State ZIP Code<br>Email or website address<br>Who made the payment, if not debtor? | | | $ |
| 11.2. | Address<br>Street<br>City State ZIP Code<br>Email or website address<br>Who made the payment, if not debtor? | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Trustee | | | $ |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Address: Street, City, State, ZIP Code<br>Relationship to debtor | | | $ |
| 13.2. | Address: Street, City, State, ZIP Code<br>Relationship to debtor | | | $ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From | To |
|---|---|---|---|
| 14.1. | 7718 Wood Hollow Drive, Suite 201, Austin, TX 78731 | 02/01/2022 | 11/30/2023 |
| 14.2. | 3415 Greystone Drive, Suite 205, Austin, TX 78731 | 12/01/2023 | Current |

Debtor Lonestar Dream, Inc. Case number (*if known*) 26-18327-EJO

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. Names, email addresses, phone numbers, billing addresses, and service/account records.

Does the debtor have a privacy policy about that information?

☒ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor: Lonestar Dream, Inc. (Name)    Case number (if known): 26-18327-EJO

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank (Name)<br>P.O. Box 609 (Street)<br>Pittsburgh, PA 15230-9738<br>City State ZIP Code | XXXX–5 4 1 4 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☒ Other Payroll / ACH | 07/17/26 | $0.00 |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Attachment Q20 (Name)<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See Attachment Q21<br>Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br>Case number | Name<br>Street<br>City State ZIP Code | | ❑ Pending<br>❑ On appeal<br>❑ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor: Lonestar Dream, Inc. (Name)    Case number (if known): 26-18327-EJO

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Lonestar Taproot LLC (Name)<br>3415 Greystone Drive, Suite 205 (Street)<br>Austin, TX 78731 (City State ZIP Code) | Wholly owned LLC / site assets | EIN: 87-3484118<br>Dates business existed<br>From 12/2021 To Current |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Pei-Hsuan Chiu / Lonestar accounting team<br>3415 Greystone Drive, Suite 205<br>Austin, TX 78731 | From 07/23/24 To 07/22/26 |
| 26a.2. | | From ____ To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Pei-Hsuan Chiu / Lonestar accounting team<br>3415 Greystone Drive, Suite 205<br>Austin, TX 78731 | From 07/23/24 To 07/22/26 |
| 26b.2. | Crowe LLP<br>9 Greenway Plaza, Suite 2100<br>Houston, TX 77046-0946 | From 2025 To 2026 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Pei-Hsuan Chiu / Lonestar accounting team<br>3415 Greystone Drive, Suite 205<br>Austin, TX 78731 | Records available. |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Crowe LLP<br>Name<br>9 Greenway Plaza, Suite 2100<br>Street<br>Houston, TX 77046-0946<br>City State ZIP Code | Tax returns and workpapers; available. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. ______<br>Name<br>______<br>Street<br>______<br>City State ZIP Code |

| Name and address |
|---|
| 26d.2. ______<br>Name<br>______<br>Street<br>______<br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______ | ______ | $______ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. ______<br>Name<br>______<br>Street<br>______<br>City State ZIP Code |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. Name

Street

City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Zhibiao (Kevin) Pan | c/o Lonestar Dream, Inc., 3415 Greystone Drive, Suite 205, Austin, TX 78731 | Sole director / CEO / shareholder | 100% |
| Ruohan (Kathy) Zhang | c/o Lonestar Dream, Inc., 3415 Greystone Drive, Suite 205, Austin, TX 78731 | COO | 0% |
| Pei-Hsuan Chiu | c/o Lonestar Dream, Inc., 3415 Greystone Drive, Suite 205, Austin, TX 78731 | CFO | 0% |
| Michael DuFrayne | c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884116, Lawrence, NJ 08648 | CRO / control person | 0% |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attachment Q30 (Name) | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Relationship to debtor** | | | |

Debtor Lonestar Dream, Inc. Case number (if known) 26-18327-EJO
Name

**Name and address of recipient**

30.2 ____________________
Name
____________________
Street
____________________
____________________
City State ZIP Code

**Relationship to debtor**

____________________

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Lonestar Dream, Inc. | EIN: 87-2725105 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/4/2026
MM / DD / YYYY

✘ /s/ Michael DuFrayne
Signature of individual signing on behalf of the debtor

Printed name Michael DuFrayne

Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

**Official Form 207 - Continuation Attachment**

Lonestar Dream, Inc. Case 26-18327-EJO | Petition date 07/22/2026

## Q3 - Payments or transfers to creditors within 90 days

| Creditor | Dates | Amount | Reason |
|---|---|---|---|
| FlowX, LLC; 3415 Greystone Drive, Suite 205, Austin, TX 78731 | 05/15/26-07/16/26 | $3,010,423.40 | Electricity payments; 07/22 deposit applications occurred after the petition date and are excluded from Q6 |
| Archer & Greiner, P.C.; 1025 Laurel Oak Road, Voorhees, NJ 08043 | 05/18/26-07/20/26 | $1,152,447.50 | Legal services / Chapter 11 |
| DuFrayne, LLC; 2564 US Highway 1, PMB #16884116, Lawrence, NJ 08648 | 05/18/26-07/13/26 | $105,000.00 | CRO fees and expenses |
| Pump Billing, Inc. d/b/a Pump; 1455 Market Street, San Francisco, CA 94103 | 05/08/26-07/09/26 | $80,988.23 | AWS / GCP software services |
| Manning Minerals, LLC; 5701 Times Square Boulevard, Suite 300, Amarillo, TX 79119 | 07/08/26 | $60,000.00 | Option payment |
| Scott, Douglass & McConnico, LLP; 303 Colorado Street, Suite 2400, Austin, TX 78701 | 05/15/26-07/22/26 | $51,758.63 | Litigation / DBR |
| UnitedHealthcare / UHS Premium Billing; UHS Premium Billing, P.O. Box 94017, Palatine, IL 60094-4017 | 05/03/26-07/10/26 | $48,251.12 | Health coverage |
| Oon & Bazul LLP; 36 Robinson Road, #08-01/06 City House, Singapore 068877 | 06/30/26-07/17/26 | $41,095.51 | Singapore matter |
| Ni, Wang & Massand, PLLC; 8140 Walnut Hill Lane, Suite 615, Dallas, TX 75231 | 06/19/26-07/22/26 | $36,931.00 | Litigation services |
| TXY Power LLC; 3375 Barrington Drive, West Linn, OR 97068 | 05/03/26-07/09/26 | $26,400.00 | Power services |
| Greystone Mopac Estates, Ltd.; c/o Riverside Resources, 9600 N. Mopac Expressway, Suite 550, Austin, TX 78759 | 05/03/26-07/20/26 | $21,592.43 | Office rent / occupancy |
| Kurtzman Carson Consultants, LLC d/b/a Verita Global; 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245 | 07/15/26 | $20,000.00 | Claims / administration services |
| Manning Land, LLC; 5701 Times Square Boulevard, Suite 300, Amarillo, TX 79119 | 06/26/26 | $20,000.00 | Land / option payment |
| McCarn, Weir & Sherwood, P.C.; 905 S. Fillmore Street, Suite 530, Amarillo, TX 79101 | 07/21/26-07/22/26 | $11,725.00 | Legal services |
| Ramp Business Corporation; 28 West 23rd Street, Floor 2, New York, NY 10010 | 04/27/26-06/29/26 | $17,864.22 | Payments of corporate-card balance; card transactions are not counted again |
| **TOTAL** | | **$4,704,477.04** | **Payment total; professional retainer applications are in Q6** |

Note: The 90-day window is treated as 04/24/2026 through 07/22/2026, inclusive. The Q11 amounts overlap Q3 where the payment also occurred within 90 days; totals are not additive.

## Q6 - Setoffs within 90 days

| Creditor / address | Action / account | Date | Amount |
|---|---|---|---|
| McGovern Weems LLC; 3 Columbus Circle, 15th Floor, New York, NY 10019 | Applied refundable security retainers to legal invoices | 05/13/26-06/05/26 | $7,807.50 |
| Morrow Ni LLP; 506 Second Avenue, 14th Floor, Seattle, WA 98104 | Applied evergreen retainer to invoice 954 | 06/18/26 | $8,160.50 |
| **TOTAL** | | | **$15,968.00** |

Note: These are prepetition applications of refundable security retainers and are not included in the Q3 payment total. The DuFrayne $15,000 retainer remained unused and is excluded.
FlowX deposit applications totaling $176,078.39 occurred after the petition date and are excluded from Q6.

**Official Form 207 - Continuation Attachment**

Lonestar Dream, Inc. Case 26-18327-EJO | Petition date 07/22/2026

## Q7 - Legal actions, proceedings, investigations, arbitrations, and audits

| Case / matter | Court or agency / address | Status / nature |
|---|---|---|
| Yonggang Gao v. Zhibiao Pan, Lonestar Dream, et al.; D-1-GN-24-003302 | 98th Judicial District Court, Travis County, 1700 Guadalupe St., Austin, TX 78701 | Civil; pending/stayed |
| Zhibiao Pan, Lonestar Dream, et al. v. Yonggang Gao; 03-26-00133-CV | Third Court of Appeals, 209 W. 14th St., Room 101, Austin, TX 78701 | Appeal; pending/stayed |
| Saturn Data LLC v. Lonestar Dream Inc. d/b/a Poolin, et al.; 493-08827-2025 | 493rd Judicial District Court, 2100 Bloomdale Rd., McKinney, TX 75071 | Civil; pending/stayed |
| DBR Land LLC v. Lonestar Taproot LLC and Lonestar Dream Inc.; P-13332-112-CV | 112th District Court, Pecos County, 400 S. Nelson St., Fort Stockton, TX 79735 | Filed 05/18/26; pending/stayed; contract, trespass, restoration, and property/equipment dispute |
| Poolin Wallet - Federal criminal investigation | Agency and matter number not supplied | Criminal investigation |

## Q11 - Payments related to bankruptcy or restructuring

| Recipient | Dates | Amount | Purpose / payor |
|---|---|---|---|
| Archer & Greiner, P.C.; 1025 Laurel Oak Road, Voorhees, NJ 08043 | 12/03/25-07/20/26 | $1,466,082.12 | Legal fees and retainers; Dream payor |
| DuFrayne, LLC; 2564 US Highway 1, PMB #16884116, Lawrence, NJ 08648 | 12/03/25-07/13/26 | $305,231.61 | CRO retainer, fees, and expenses; Dream payor |
| Kurtzman Carson Consultants, LLC d/b/a Verita Global; 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245 | Within one year | $50,000.00 | Claims/administration retainers; Dream payor |
| Oon & Bazul LLP; 36 Robinson Road, #08-01/06 City House, Singapore 068877 | 12/23/25-07/17/26 | $84,770.30 | Singapore insolvency matter; Dream payor |
| McCarn, Weir & Sherwood, P.C.; 905 S. Fillmore Street, Suite 530, Amarillo, TX 79101 | 07/21/26 | $10,000.00 | Chapter 11 mineral-title retainer; Dream payor |
| **TOTAL** | | **$1,916,084.03** | **Payments reported once; invoices/prepaid applications are not separately counted** |

## Q20 - Off-premises storage

| Facility / location | People with access | Contents | Status / value |
|---|---|---|---|
| Shandong Volks Air Conditioner Group Co., Ltd.; Dezhou, Shandong Province, China | Warehouse personnel & Lonestar management | 44 dry coolers physically counted 07/22/26 | Yes at filing |
| Shandong Liangtai Logistics Co., Ltd. - Weifang warehouse; Weifang, Shandong Province, China | Warehouse personnel & Lonestar management | 1,012 PDUs and 30 control cabinets; contract periods 01/06/25-03/01/26 and 08/16/25-08/09/26 | Yes at filing |

Note: The previously separate facility label was confirmed in the 08/24/2026 CRO meeting to refer to the Weifang warehouse and is not listed separately. Sources: contracts, 07/22/2026 physical count, and Slack messages dated 05/13/2026, 07/14/2026, and 07/22/2026.

## Q21 - Property held or controlled for another

| Owner | Location | Property | Value |
|---|---|---|---|
| Actinide-89-103 Systems LLC; 251 Little Falls Drive, Wilmington, DE 19801 | 4143 US Highway 285, Pecos, TX 79772 (Tarbush site) | 8,784 T21 and 1,884 S21 Pro customer-owned miners | Customer-owned |
| Seaborgium-106 Systems LLC; 251 Little Falls Drive, Wilmington, DE 19801 | 3072 FM 1927, Pyote, TX 79777 | 4,300 S21e XP Hydro and 1,008 S21 Pro customer-owned miners | Customer-owned |

Note: Lonestar Dream was the contracting host and held or controlled the equipment under the hosting arrangements. Tarbush and Pyote were physical sites, not separate custodial entities. Contract quantities may differ from petition-date counts because deracking began before filing.

## Q30 - Value provided to insiders

| Recipient / relationship | Amount | Dates | Reason |
|---|---|---|---|
| Zhibiao (Kevin) Pan / CEO, director, shareholder / c/o Lonestar Dream, Inc., 3415 Greystone Drive, Suite 205, Austin, TX 78731 | $329,208.72 | 07/25/25-07/20/26 | Gross wages $270,412.13; reimbursements $7,629.46; ER health $24,367.86; immigration legal $17,470.00; civil legal $9,329.27 |
| Ruohan (Kathy) Zhang / COO / c/o Lonestar Dream, Inc., 3415 Greystone Drive, Suite 205, Austin, TX 78731 | $219,871.09 | 07/25/25-07/20/26 | Gross wages $192,501.75; reimbursements $10,880.00; ER health $7,679.34; immigration legal $8,810.00 |
| Pei-Hsuan Chiu / CFO / c/o Lonestar Dream, Inc., 3415 Greystone Drive, Suite 205, Austin, TX 78731 | $86,602.62 | 07/25/25-07/20/26 | Gross wages $46,288.16; reimbursements $16,000.00; ER health $24,314.46 |
| Michael DuFrayne / DuFrayne, LLC / CRO / c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884116, Lawrence, NJ 08648 | $305,231.61 | 12/03/25-07/13/26 | CRO retainer, fees, and expenses |
| CONFIRMED SUBTOTAL | $940,914.04 | | Officer-related value and CRO payments reported in Q30 |

Note: Q30 reports salary, benefits, reimbursements, legal benefits, and other value provided to insiders during the one-year period. Business reimbursements are disclosed as value received but are not characterized as compensation. FlowX is shown last in orange solely for attorney review and is excluded from the confirmed $940,914.04 subtotal. If included, the combined amount would be $16,600,306.65. Q4 is answered None because no payment on an insider debt or insider-guaranteed debt was identified.